

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2003 JAN 27 PM 12: 38

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CAROL JAMES AND | * | |
| JOHNNY PORTER, JR., | * | CIVIL ACTION |
| INDIVIDUALLY AND | * | |
| ON BEHALF OF JUDITH PORTER | * | NO. 02-0318 |
| | * | |
| VERSUS | * | SECTION "K" |
| | * | |
| STEPHEN J. McKENNA, M.D. | * | MAGISTRATE 1 |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### RESPONSE TO MOTION TO COMPEL RESPONSE TO SUBPOENA DUCES TECUM TO DEFENDANT

**NOW INTO COURT,** through undersigned counsel, comes defendant, Stephen J. McKenna, M.D., and responds to plaintiffs' Motion to Compel Response to Subpoena Duces Tecum as follows:

The deposition of Dr. McKenna was noticed on January 6, 2003 (Exhibit 1). No subpoena was sent at that time. Counsel for plaintiffs asserts that a subpoena duces tecum was received by counsel by fax on January 8, 2003 for a deposition in Maryland on January 11, 2003. While numerous subpoenas were received on that date, the subpoena in question was not received in this office until January 10, 2003, the day before the scheduled deposition and after



1

counsel had left to travel to a 9:00 a.m. deposition on January 11, 2003 in Maryland (Exhibit 2). As such, the subpoena duces tecum was not received timely and was unknown to counsel prior to the deposition date. Counsel had seen the subpoenas to Drs. O'Connell, Brown and Jones, but not the subpoena in question (Exhibit 3). Counsel cannot be considered as waiving the attorney/client privilege where plaintiff failed to call for production of these items at the deposition and was offered the opportunity to take a return. The subpoena was for the time of the deposition, not a continuing request for production, nor was it timely served.

Upon questioning, counsel was advised of the fact of nonreceipt and offered the opportunity to take a return on the subpoena, but failed to do so. Nevertheless, in order to cooperate with discovery, defendant states as follows in the response to the subpoena duces tecum:

1. A certified complete copy of any and all medical records pertaining to the care and treatment of Judith Porter, date of birth: 04/30/31, Social Security Number: 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. This subpoena pertains to any and all medical records and/or documents in the possession of Dr. Stephen J. McKenna ("Dr. McKenna") reviewed and/or relied on by Dr. Jones at any time in connection with the medical review panel proceeding entitled *Judith Porter (D), et al. v. Dr. Stephen J. McKenna,* No. 99-275, Louisiana Patients' Compensation Fund and/or the legal proceeding entitled *Carol James and Johnny Porter, Jr., Individually and on Behalf of Judith Porter v. Stephen J. McKenna, M.D.,* United States District Court, Eastern District of Louisiana, Case No. 02-0318, Section "K"; Mag. 3;

**RESPONSE:**

This record was available at the deposition for inspection and is still available in Dr. McKenna's office in Maryland. It consists of the same records submitted to the panel.

2. Any and all documents reviewed and/or relied on by Dr. McKenna at any time relating to the medical review panel proceeding entitled *Judith Porter (D), et al v. Dr. Stephen J.*

2

*McKenna*, No. 99-275, Louisiana Patients' Compensation Fund and/or the legal proceeding entitled *Carol James and Johnny Porter, Jr., Individually and on Behalf of Judith Porter v. Stephen J. McKenna, M.D.*, United States District Court, Eastern District of Louisiana, Case No. 02-0318, Section "K"; Mag. 3;

**RESPONSE:**

See Response to #1 above.

3. Any and all documents reviewed and/or relied on by Dr. McKenna relating to his opinion, whether favorable or unfavorable, concerning, in any manner, the medical care and treatment of the patient, Judith Porter, by Dr. Stephen J. McKenna at any time;

**RESPONSE:**

See Response to #1 above.

4. Any and all medical articles or medical journals reviewed by Dr. McKenna and/or other medical research Dr. McKenna did relating to his opinion, whether favorable or unfavorable, concerning, in any manner, the medical care and treatment of the patient, Judith Porter, by Dr. Stephen J. McKenna at any time;

**RESPONSE:**

None.

5. Copies of any and all communications between Dr. McKenna and any other physicians and/or health care providers who ever cared for or treated Judith Porter;

**RESPONSE:**

See medical records.

6. Copies of any and all notes, diaries, logs, and/or communications of any kind kept by Dr. O'Connell in relation to and regarding the involvement of Dr. Stephen J. McKenna in connection with the medical review panel proceeding entitled *Judith Porter (D), et al v. Dr. Stephen J. McKenna*, No. 99-275, Louisiana Patients' Compensation Fund and/or the legal proceeding entitled *Carol James and Johnny Porter, Jr., Individually and on Behalf of Judith Porter v. Stephen J. McKenna, M.D.*, United States District Court, Eastern District of Louisiana, Case No. 02-0318, Section "K"; Mag. 3;

**RESPONSE:**

Objection; there are none, other than communications with counsel which are privileged and within the attorney/client privilege.

7.  A copy of Dr. McKenna's curriculum vitae.

**RESPONSE:**

To follow.

These matters should have been inquired of by counsel at the deposition. There was insufficient time from filing to allow objections or retrieval of this information. The motion to compel is inappropriate under the circumstances as the items were provided or not called for at the deposition.

Respectfully submitted,

**MANG, BATIZA, GAUDIN, GODOFSKY & PENZATO**

_/s/ Deborah I. Schroeder_
**DEBORAH I. SCHROEDER, T.A.** (#1589)
111 Veterans Memorial Boulevard, Suite 1710
Metairie, Louisiana 70005
Telephone: (504) 841-5286
Attorney for Stephen J. McKenna, M.D.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing pleading has been served upon all counsel of record via U.S. mail, first class postage pre-paid, on this 27th day of January, 2003.

_____
**DEBORAH I. SCHROEDER**

THE LAW FIRM OF
# STEPHANIE C. REUTHER
2118 PAKENHAM DRIVE
CHALMETTE, LOUISIANA 70043
PHONE: (504) 277-1776
FAX: (504) 277-5300

January 6, 2003

**VIA U.S. MAIL AND FACSIMILE: (504) 841-5305**

Ms. Deborah I. Schroeder
Mang, Batiza, Gaudin, Godofsky & Penzato
111 Veterans Blvd., Suite 1710
Metairie, LA 70005

     RE:    *Carol James, et al v. Stephen J. McKenna, M.D.*
             Your File No.: 99-275

Dear Deborah:

    Recently, you informed us that Dr. McKenna was available on Saturday, January 11, 2003 for his deposition. Please be advised that we will be able to take Dr. McKenna's deposition on January 11th. Enclosed please find a Notice of Deposition scheduling Dr. McKenna's deposition for Saturday, January 11, 2003, at 9:00 a.m.

    Additionally, Dr. McKenna's answers to Interrogatories 1 and 2 of Plaintiff's Amended Interrogatories are unresponsive and insufficient. Since Dr. McKenna's deposition is January 11th, please provide us with sufficient answers no later than Friday, January 10, 2003, at 12:00 p.m. Additionally, I am scheduling a Local Rule 37.1E phone discovery conference on January 7, 2003, at 10:00 a.m.

    With kindest regards, I remain

                            Sincerely,

                            Stephanie C. Reuther

Enc.

c.c.    Sherif K. Sakla, M.D., J.D.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CAROL JAMES AND | * | CIVIL ACTION |
| JOHNNY PORTER, JR., | * | |
| INDIVIDUALLY AND | * | NUMBER 02-0318 |
| ON BEHALF OF JUDITH PORTER | * | |
| | * | SECTION "K" |
| VERSUS | * | |
| | * | MAGISTRATE 3 |
| STEPHEN J. McKENNA, M.D. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF VIDEO DEPOSITION

TO: Dr. Stephen J. McKenna
Through his Attorney of Record
Ms. Deborah I. Schroeder
Mang, Batiza, Gaudin, Godofsky & Penzato
111 Veterans Blvd., Suite 1710
Metairie, LA 70005

**PLEASE TAKE NOTICE** that the party represented by the undersigned will take the video deposition of the below listed individual at the time and place noted below:

**NAME:** Dr. Stephen J. McKenna

**LOCATION:** 915 Toll House Avenue
Suite 303
Frederick, MD 21701

**DATE AND TIME:** January 11, 2003, at 9:00 a.m.

before an officer authorized to administer oaths and that said video deposition will be taken for all purposes. This deposition will be recorded pursuant to Rule 30(b) of the Federal Rules of Civil Procedure. The oral examination(s) will continue from day-to-day until completed and you are invited to attend and exercise such rights to which you are entitled under law.

1

Respectfully Submitted:

*Stephanie C. Reuther*
STEPHANIE C. REUTHER, Bar No. 24618
2118 Pakenham Drive
Chalmette, LA 70043
(504) 277-1776

SHERIF K. SAKLA, M.D., J.D., Bar No. 24871
425 Weyer Street
Gretna, LA
(504) 363-7785

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has been duly served upon all counsel of record ☐ by hand delivery, ☑ by facsimile transmission, or ☑ by depositing same in the U.S. MAIL, properly addressed, postage prepaid, this 6th day of January 2002. 3

*Stephanie C. Reuther*

2

```
U.S. Postal Service
CERTIFIED MAIL RECEIPT
```

7001 2510 0007 2630 1027

METAIRIE, LA 70005

Postage  $  .37

Return Receipt Fee  1.75

Total Postage & Fees  $  2.03   01/08/03

Sent To: Deborah Schroeder
Street: 111 Vets Mem. Blvd. Suite 1710
City: Met., LA 70005

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery  JAN 10 2003 |
| 1. Article Addressed to:<br>D. Schroeder<br>111 Veterans Mem. Blvd.<br>Suite 1710<br>Met., LA 70005 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No |
| | 3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label)  7001 2510 0007 2630 1027 | |
| PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1035 | |



# THE SAKLA LAW FIRM

SHERIF K. SAKLA, M.D., J.D.　　A PROFESSIONAL LAW CORPORATION　　PHONE: (504) 363-7785
　　　　　　　　　　　　　　　WWW.SSAKLA@LAWMEDIC.COM　　　　FAX: (504) 363-7720
　　　　　　　　　　　　　　　425 WEYER STREET
　　　　　　　　　　　　　　　P.O. BOX 426
　　　　　　　　　　　　　　　GRETNA, LOUISIANA 70053

January 10, 2003

The Honorable Loretta G. White　　　　　　　　　　　　**_CERTIFIED MAIL_**
Clerk of Court　　　　　　　　　　　　　　　　　　　　**_RETURN RECEIPT NO._**
United States District Court　　　　　　**_RECEIPT NO. 7001 2510 0007 2630 1010_**
Eastern District of Louisiana
500 Camp Street; Room C151
New Orleans, LA 70130

　　RE:　*Carol James, et al. V. Stephen J. McKenna, M.D.*
　　　　　USDC, EDLA No. 02-0318, Section "K" (3)
　　　　　**Our File No.: 13-1026**

Dear Ms. White:

　　Enclosed please find the original and two (2) copies of following documents which we would like filed into the record of this matter:

1. Notice of Video Deposition for Dr. Ruary O'Connell;
2. Subpoena to Dr. Ruary O'Connell;
3. Notice of Video Deposition for Dr. James E. Brown;
4. Subpoena to Dr. James E. Brown;
5. Notice of Video Deposition for Dr. Steven Dallas Jones; and
6. Subpoena to Dr. Steven Dallas Jones;

　　Also enclosed is a self-addressed, stamped envelope provided for your convenience in returning a time-stamped copy to this office.

　　Thank you for your assistance and consideration in this matter, and with kind regards, I remain

　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　Sherif K. Sakla, M.D., J.D.

SKS:cl
w/encl.



cc:     Stephanie C. Reuther, Esq.
        Deborah I. Schroeder, Esq.  (*via certified mail return receipt requested no. 7001 2510 0007 2630 0983*)
        Dr. Steven Dallas Jones  (*via certified mail return receipt requested no. 7001 2510 0007 2630 0990*)
        Dr. Ruary C. O'Connell  (*via certified mail return receipt requested no. 7001 2510 0007 2630 1003*)
        Dr. James E. Brown  (*via certified mail return receipt requested no. 7001 2510 0007 2630 0976*)